UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton,  NJ    08650
Phone: (609) 587-6888

In re:

Elizabeth Morales

Debtor(s)

Case No. 26-14057 / CMG

Hearing Date: June 24, 2026  10:00 am

Judge: Christine M. Gravelle

Chapter: 13

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

- The debtor has insufficient income.

- The debtor has failed to file the required Pre-Confirmation Certification.

- The debtor has failed to supply the Trustee with the following document(s):

    - Need March and April bank statements for TD account 6925 or document showing that it
      was closed.

- The Schedules fail to account for the debtor(s) tax refund in the amount of $811 when
  determining disposable income.

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/    Albert Russo

Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney