UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Capital One Auto Finance, a division of Capital One, N.A.*

In re:

Elizabeth Morales

Debtor.

Chapter: 13

Case No.: 26-14057-CMG

Hearing Date: June 24, 2026

Judge Christine M. Gravelle

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Capital One Auto Finance, a division of Capital One, N.A., files its Objection to Confirmation of Plan and states:

1. Creditor is the lienholder on the title of the following vehicle: 2020 Kia Optima Sedan 4D LX 2.4L I4 5XXGT4L3XLG437851 (the "Vehicle").

2. Creditor filed Proof of Claim Number 9-1 in the total amount of $12,995.10.

3. The Debtor's proposed Plan includes treatment to Creditor in Parts 4d and 7c and notes that the amount to be deemed secured is $12,932.99 and an unsecured claim of $.01.

4. However, as indicated on the Retail Installment Sale Contract ("Contract") attached to the Proof of Claim, the Vehicle was purchased on January 16, 2024, which was within the 910 days preceding the filing of the instant case.

5. Therefore, Creditor's Proof of Claim cannot be modified under 11 U.S.C. §506, pursuant to the "hanging paragraph" of 11 U.S.C. §1325(a).

6. Furthermore, Creditor objects to the proposed interest rate of 7.50% because the U.S. Prime Rate at the time of filing was 6.75% and, therefore, pursuant to the Supreme Court's interest rate formula promulgated in *Till v. SCS Credit Corp*., an appropriate rate of interest is 8.75%. 541 U.S. 465 (2004).

7. Accordingly, the Plan should be modified to reflect a secured claim in the amount of $12,995.10 to be paid at the *Till* rate of 8.75% over the life of the Plan.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Stewart Legal Group, P.L.,
attorney for Creditor

Dated: May 30, 2026

By: *\/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.