UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Elizabeth Morales
33 Martha Avenue
Wrightstown, NJ 08562,

CHAPTER: 13
CASE NUMBER: 26-14057
CLAIM AMOUNT: $146.44
CLAIM: 16

Debtors.

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim 16, filed 5/27/2026, in the amount of $146.44.

T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 11th day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Erin Antonson
Erin Antonson Bankruptcy Specialist

T Mobile/T-Mobile USA INC by Jefferson Capital Sys
Assignee for T-MOBILE USA INC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Elizabeth Morales<br>33 Martha Avenue<br>Wrightstown, NJ 08562, |
| Debtor's Attorney: | Roger Jon Yehl<br>201 Main ST<br>Allenhurst, NJ 07711 |
| Chapter 13 Trustee: | Albert Russo<br>3 AAA Drive<br>Robbinsville, NJ 08691 |

by submitting electronically with the court.

This 11th day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Erin Antonson
Erin Antonson Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC by Jefferso
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314